JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
SHAUNA DECKER for M.D.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| S. DECKER o/b/o M.D.D., | No.   2:23-CV-00009-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. _____/ | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 24, 2023.

  This is a first extension, requested because of other briefing and plaintiff's counsel's one-week absence.

[Pleading Title] - 1

Dated:   May 1, 2023                                                                /s/     *Jesse S. Kaplan*
                                                                                                   JESSE S. KAPLAN
                                                                                                   Attorney for Plaintiff


Dated:  May 1, 2023                                                                  */s/ per e-mail authorization*

                                                                                                   OSCAR GONZALES DeLLANO
                                                                                                   Special Assistant U.S. Attorney
                                                                                                   Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to May 24, 2023. Defendant's time to file a cross-motion is extended accordingly/

SO ORDERED.

Dated: May 2, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE