**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SHAUNA DECKER for M.D.D.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**-o0O0o-**

| | |
|---|---|
| **S. DECKER o/b/o M.D.D.,** | No.   2:23-CV-00009-AC |
| **Plaintiff,** | |
| | **STIPULATION AND  [proposed]** |
| | **ORDER FOR  EXTENSION OF** |
| | **TIME TO FILE PLAINTIFF'S** |
| | **MOTION FOR** |
| **v.** | **SUMMARY JUDGMENT** |
| **Kilolo Kijakazi, ACTING** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

for summary judgment is extended to June 2, 2023.

This is a second extension. The first extension was to May 24, 2023. This extension is

requested because plaintiff's counsel mistakenly believed the May 24 due-date pertained to a

different case, is involved in working on that brief, and was also delayed by two days in doing

so, thus will not begin this brief until later than that date.


Dated:   May 22, 2023                          /s/    *Jesse S. Kaplan*
                                               JESSE S. KAPLAN
                                               Attorney for Plaintiff


Dated:   May 22, 2023                           */s/ per e-mail authorization*

                                               OSCAR GONZALES DeLLANO
                                               Special Assistant U.S. Attorney
                                               Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment is extended to June 2, 2023. Defendant's

time to file a cross-motion is extended accordingly.

SO ORDERED.

Dated:  May 23, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE