**JESSE S. KAPLAN    CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**SHAUNA DECKER for M.D.D.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| S. DECKER o/b/o M.D.D., | No.   2:23-CV-00009-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to September 22, 2023.

    This is plaintiff's first request for an extension regarding this reply brief. The extension is requested because of other briefing and hearings on plaintiff's counsel's schedule. The complaint

[Pleading Title] - 1

in this case was filed in 2023, and even with the delay defendant filed the record and other extensions, it will be submitted for decision on the requested date.

Dated:   August 30, 2023                                /s/    *Jesse S. Kaplan*
                                                        JESSE S. KAPLAN
                                                        Attorney for Plaintiff


Dated:   August 31, 2023                                  */s/ per e-mail authorization*
                                                        SATHYA OUM
                                                        Special Assistant U.S. Attorney
                                                        Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to September 22, 2023.

SO ORDERED.

Dated: August 31, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2