JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
SHAUNA DECKER for M.D.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| S. DECKER o/b/o M.D.D., | No.   2:23-CV-00009-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to September 25, 2023.

Plaintiff requests one additional business day to file a reply brief because the cross-motion is considerably longer than plaintiff's motion (25 pages versus 13 pages) and considerably complicates what were previously simple arguments.

[Pleading Title] - 1

Dated:   September 19, 2023                           /s/    *Jesse S. Kaplan*
                                                      JESSE S. KAPLAN
                                                      Attorney for Plaintiff

Dated:   September 19, 2023                            /s/ *per e-mail authorization*
                                                      SATHYA OUM
                                                      Special Assistant U.S. Attorney
                                                      Attorney for Defendant

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to September 25, 2023.

SO ORDERED.

Dated: September 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE